

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
JULY 12, 2022 SESSION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:22-CR-00136
      21 U.S.C. § 841(a)(1)

MARY ELIZABETH CURRAN

**INDICTMENT**

The Grand Jury Charges:

On or about April 27, 2021, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant MARY ELIZABETH CURRAN knowingly and intentionally possessed with intent to distribute 40 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: /s/ Nowles N. H.
NOWLES H. HEINRICH
Assistant United States Attorney